RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-120 Fax: 916 922-1303

Jesse M. Rivera, Cal. SBN 84259
Shanan L. Hewitt, Cal. SBN 200168
Jonathan B. Paul, Cal. SBN 215884
Jamil R. Ghannam, Cal. SBN 300730
Jill B. Nathan, Cal. SBN 186136

Mandelbaum & Schwarz
2012 Hamilton Lane
Las Vegas, NV 89106
Tel: (702) 367-1978
Marie Ellerton, SBN 4581

Attorneys for Defendants
County of Sacramento,
M. Pirotto


Imhotep Salat aka Ikon Safir
PO Box 7596
Las Vegas, NV 89125
(702) 337-5359

In pro se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA-LAS VEGAS

| | |
|---|---|
| IMHOTEP SALAT aka IKON SAFIR, | CASE NO. 2:15-CV-01455 APG-PAL |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | Fed. R. Civ. P. 41(a)(2) |
| M. PIROTTO, COUNTY OF SACRAMENTO, and DOES 1-50, | |
| Defendants. | |

It is hereby stipulated by and between pro se Plaintiff, IMHOTEP SALAT aka IKON SAFIR, and Defendants M. PIROTTO and the COUNTY OF SACRAMENTO, by and through Defendants' attorneys, Jesse M. Rivera appearing *pro hac vice* in this Court after the Order at Doc. 19, and Kim

STIPULATED DISMISSAL

1  Mandelbaum that the above-entitled action be dismissed with prejudice pursuant to
2  Rule 41(a)(2) of the Federal Rules of Civil Procedure.
3      This Stipulation for Dismissal encompasses all claims and all parties. Each
4  party is to bear its own fees and costs, including all attorneys' fees.

6  Dated: 8/31/2015

    *[signature]*
    IMHOTEP SALAT aka IKON SAFIR,
    Plaintiff IN PRO SE

10  Dated: 8/31/15

    *[signature]*
    JESSE M. RIVERA, Attorney for
    Defendant SACRAMENTO COUNTY
    ~~SHERIFF'S DEPARTMENT~~ AND
    MICHAEL PIROTTO

13  Dated: 9/3/15

    *[signature]*
    KIM MANDELBAUM, Attorney for
    Defendant SACRAMENTO COUNTY
    ~~SHERIFF'S DEPARTMENT~~ AND
    MICHAEL PIROTTO

## ORDER DISMISSING ACTION

This action against Defendants COUNTY OF SACRAMENTO and MICHAEL PIROTTO is dismissed with prejudice pursuant to FRCP Rule 41(A) (2). All parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED**

Dated: September 3, 2015

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE